UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEE ANN SWAFFORD and ELVIS SWAFFORD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WESLEY SHATS and UESCO INDUSTRIES, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>) CASE NO.:　1:22-cv-1874<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, UESCO Industries, Inc. ("**UESCO**"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendant, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

## VENUE

1.  On August 15, 2022, Plaintiffs, Lee Ann Swafford, and Elvis Swafford, by counsel, filed their Complaint for Damages ("**Complaint**") in Monroe County Circuit Court 1 under cause number 53C01-2208-CT-001641 (the "**State Court Action**").

2.  Removal of the State Court Action to the Southern District of Indiana, Indianapolis Division, is proper under 28 U.S.C. § 1441(a), because the Southern District of Indiana,

Indianapolis Division, encompasses Monroe County, where the State Court Action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

3.  On August 23, 2022, UESCO was served by certified mail with a Summons and Complaint in the above-entitled action.  Removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

4.  On August 51, 2022, Kyle Lee Christie and Lee C. Christie filed their Appearance on behalf of Plaintiffs.

5.  On August 15, 2022, Plaintiffs filed their Complaint and Summons.

6.  On August 22, 2022, Plaintiffs filed their Affidavit of Service to Defendant, Wesley Shats.

7.  On August 29, 2022, Plaintiffs filed their Affidavit of Service to Defendant, UESCO.

8.  On September 6, 2022, Defendant, Westley Shats, pro se, filed his Answer to Plaintiffs' Complaint.

9.  On September 21, 2022, Richard K. Shoultz and John J. DeRoss, Jr. filed their Appearance on behalf of Defendant, UESCO.

10.  On September 21, 2022, Defendant, UESCO, file an Initial Motion for Enlargement of Time.

11.  UESCO's Answer to Plaintiff's Complaint in the State Court Action is due by October 21, 2022.

12.  On September 21, 2022, W. Joshua Cannon, on behalf of Plaintiffs, filed a Motion for Admission Pro Hac Vice.

13. On September 23, 2022, the Court granting the Petition for Temporary Admission of W. Joshua Cannon.

14. There have been no further proceedings in the State Court Action.

15. Pursuant to S.D. Ind. L.R. 81-2(d), Defendant asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

16. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiffs and all Defendants are citizens of different states and the amount in controversy is over $75,000, exclusive of interest and costs.

17. Plaintiffs are citizens of the State of Tennessee.

18. UESCO, is an Illinois Corporation, with its principal place of business in Alsip, Illinois. Accordingly, UESCO is a citizen of the state of Illinois.

19. Defendant, Westley Shats, is a citizen of the State of Illinois.

20. There is complete diversity of citizenship between the parties named in this case. Based on the foregoing, Plaintiffs and Defendants are citizens of different states pursuant to 28 U.S.C. § 1332(a)(1).

21. Plaintiffs' Complaint for Damages does not demand a specific sum of monetary damages, as the State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following.

a. The State Court Action is a civil action seeking damages for injuries allegedly caused by the negligence of the Defendants.

b. Plaintiff's Complaint alleges that:

> 11. As a direct and proximate result of the negligence of the Defendant, Wesley Shats, the Plaintiff [Lee Ann Swafford] sustained physical injuries and has experienced physical pain and mental anguish.
>
> 12. As a result of her injuries, and their effects, the Plaintiff, Lee Ann Swafford, in order to attempt to treat her injuries and lessen her physical pain and mental anguish, has been required to engage the services of physicians for medical treatment and has incurred medical expenses as a result.
>
> 13. Lee Ann Swafford has ongoing injuries which may be permanent and therefore may require medical services in the future and will incur medical expenses as a result.
>
> 14. As a proximate result of Wesley Shats' negligence, Elvis Swafford has experience the loss of service, affection and consortium of his wife, Lee Ann Swafford.

c. Plaintiff's Complaint further alleges that "UESCO industries is vicariously liable for the negligence of its employee, Wesley Shats."

d. Plaintiff's Complaint seeks an award for general damages, compensatory damages, and punitive damages.

22. Based upon the injuries and damages alleged, Plaintiffs seek recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiffs of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

23. Therefore, this State Court Action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis

Division; (2) this action is between citizens of different States; and (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

24. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the Complaint, Appearance of Kyle Lee Christie and Lee C. Christie, Summons to Defendant Shats, Summons to UESCO, Certificate of Service to Defendant Shats, Certificate of Service to UESCO, and Defendant Shats's Answer to Plaintiffs' Complaint, Appearance of Richard K. Shoultz and John J. DeRoss, Jr.., Initial Motion for Enlargement of Time, Motion for Admission Pro Hac Vice for W. Joshua Cannon, including Exhibit A, Certificate of Good Standing and B, Receipt, and Order Granting Petition for Temporary Admission.

25. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

26. Under 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Circuit Court of Monroe County, Indiana, and Defendant will serve Plaintiffs and Defendant Shats with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendant, UESCO Industries, Inc., by counsel, respectfully requests that the above-entitled action be removed from the Monroe County Circuit Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

LEWIS WAGNER, LLP

By:   *s/ John J. DeRoss Jr.*
RICHARD K. SHOULTZ, #15558-73
JOHN J. DEROSS JR, #34563-49
***Counsel for Defendant UESCO Industries, Inc.***

## CERTIFICATE OF SERVICE

  I hereby certify that on September 26, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system, and via First Class United States Mail, postage prepaid, for those parties not yet registered.

| | |
|---|---|
| Lee C. Christie | Wesley Shats |
| Kyle L. Christie | 556 North Center Street |
| CHRISTIE FARRELL LEE & BELL, P.C. | Braidwood, IL  60408 |
| 951 North Delaware Street | |
| Indianapolis, IN  46202 | |

*Counsel for Plaintiffs*

               *s/ John J. DeRoss Jr.*
               JOHN J. DEROSS JR.

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Main:  317-237-0500
Fax:    317-630-2790
rshoultz@lewiswagner.com
jdeross@lewiswagner.com